# COURT MINUTES

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor     Date: 7/17/2025    Time: 1:00 p.m.

Defendant: 1) Davindra Ramanan    J#: 96091-511    Case #: 23-CR-20483-ATLMAN

AUSA: Abbie Waxman    Attorney: David A. Donet Jr. -CJA // Larry Handfield-*Temp*

Violation: STALKING; DISCHARGING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE

Proceeding: Detention Hearing; Arraignment on Superseding Indictment    CJA Appt:

Bond/PTD Held: ☐ Yes ☒ No    Recommended Bond: TEMP -Pretrial Detention

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
*Brady Order NOT given; Counsel Larry Handfield filed a notice of appearance
- Atty Donet, Jr. shall remain on the case until notice of permanent counsel is filed
- Deft's motion to continue PTD hrg & Arraignment until 8/14 is GRANTED

Time from today to 8/14/25 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel: 8/14
(PTD/Bond Hearing): 8/14    10:00    Duty    Miami
Prelim/(Arraign) or Removal: 8/14
Status Conference RE:

D.A.R. 13:19:22     Time in Court: 3 minutes