# COURT MINUTES

## Magistrate Judge Lisette Marie Reid

**Atkins Building Courthouse - 3rd Floor**       Date: 7/17/2025    Time: 1:00 p.m.

Defendant: 1) Davindra Ramanan        J#: 96091-511   Case #: 23-CR-20483-ATLMAN

AUSA: Abbie Waxman                     Attorney: David A. Donet Jr. -CJA // Larry Handfield-Ret Temp

Violation:  STALKING; DISCHARGING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE

Proceeding: Arraignment on Superseding Indictment     CJA Appt: _____
                  Detention Hearing;

Bond/PTD Held: ☐ Yes  ☑ No     Recommended Bond: TEMP -Pretrial Detention

Bond Set at: _____     Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by
   phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
   Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits,
   religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: English

Disposition:

*Brady Order NOT given; Counsel Larry Handfield filed a notice of appearance

— Atty Donet, Jr. shall remain on the case until notice of permanent counsel is filed

— Deft's motion to continue PTD hrg & Arraignment until 8/14 is GRANTED

Time from today to 8/14/25 excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 8/14 | | | |
| PTD/Bond Hearing: | 8/14 | 10:00 | Duty | Miami |
| Prelim/Arraign or Removal: | 8/14 | | | |
| Status Conference RE: | | | | |

D.A.R. 13:19:22                  Time in Court: 3 minutes