U.S. District Court
Southern District of Florida
CRIMINAL DOCKET FOR CASE#: 1:23-cr-20483-RKA

THE UNITED STATES,

        **Plaintiff,**

vs.

**DAVINDRA RAMANA**

        **Defendant.**

_____/

**UNOPPOSED MOTION FOR CONTINUANCE RE: COUNSEL HEARING AND ARRAIGNMENT**

COMES NOW the Defendant, **DAVINDRA RAMANA,** by and through her undersigned counsel, and hereby files Defendant's Motion for Continuance and states as follows:

1. That the above-styled case is currently scheduled for a Report RE: Counsel and an Arraignment on Thursday, **August 14, 2025**.

2. Counsel for the Defendant has a special set hearing in Jacksonville, Florida, on Thursday, August 14, 2025 (Please see attached Notice of Hearing)

3. Undersigned Counsel requests that the August 14, 2025, hearing be reset to Friday, August 15, 2025

4. The Government has been consulted and has no objections to continuing the Report RE: Counsel Hearing and the Arraignment.

5. This motion is hereby filed in good faith.

WHEREFORE, the defendant, **DAVINDRA RAMANA**, respectfully moves this Honorable Court to grant her motion.

       electronically with the Clerk of Court via CM/ECF. I also certify that the attached notice was served electronically this day on all counsel of record via Notice of Electronic Filing generated by CM/DCF.

*/S/Larry R. Handfield, Esq.*
By: */s/Larry R. Handfield, Esq.*
Florida Bar No: 330590
LARRY R. HANDFIELD, ESQ.,
4770 Biscayne Boulevard Ste. 1250
Miami, Florida 33137
Tel: (305) 576-1011
Fax: (305) 576-2304

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF to: Abbie Waxman, AUSA, U.S. Attorney's Office, 99 NE 4th Street, Miami, FL 33132 on this 12th day of August, 2025.

>Respectfully submitted,
>
>/Larry R. Handfield, Esq./
>**LARRY R. HANDFIELD, ESQ.**
>**Florida Bar No. 330590**
>4770 Biscayne Boulevard
>Suite 1250
>Miami, Florida 33137
>(305) 576-1011

STATE OF FLORIDA
CRIMINAL JUSTICE STANDARDS AND TRAINING COMMISSION

FLORIDA DEPARTMENT OF
 LAW ENFORCEMENT,
         Petitioner,

v.                                                                                           CASE NO. 51720

Linda Leandre,
         Respondent.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above case will come up for final hearing on the matter of your certification at the next general meeting of the Criminal Justice Standards and Training Commission to be held on August 14, 2025, at the Sawgrass Marriott, 1000 TPC Blvd., Ponte Vedra Beach, Florida 32082.  The Commission will review and act on your case on this date.  Your matter will be called for consideration on the Informal-Moral Character calendar.

If you plan to attend the hearing, please call Mitchell Baxley, Case Specialist in the Bureau of Standards, at (850) 410-8647 or email at mitchellbaxley@fdle.state.fl.us, upon receipt of this Notice.  Respondents attending the hearing should check in with Commission Staff between 9:00 and 9:30 a.m.  The hearing portion of the Commission meeting where your case will come up begins at 9:30 a.m.

If you have any recommendations you wish to make to the Commission on your case or written documentation which will mitigate your case and wish it to be considered by the Commission, it must be submitted to the attention of Mitchell Baxley, Criminal Justice Professionalism, Post Office Box 1489, Tallahassee, Florida 32302-1489, or email the documentation to mitchellbaxley@fdle.state.fl.us.

**NOTE: FIREARMS WILL BE RESTRICTED ON THE PREMISES DURING THE PROCEEDINGS PURSUANT TO FEDERAL AND STATE LAW.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Hearing and the Case Synopsis form have been forwarded by U.S. Mail to Linda Leandre, 822 E. Mowry Dr., Apt. 1101, Homestead, Florida 33030; this 15th day of July, 2024.

Glen W. Hopkins, Bureau Chief
Criminal Justice Professionalism

**NOTE TO EMPLOYING AGENCY:**  You are invited to attend the hearing and you may address the Commission regarding this case.  Should you desire to provide written input to the Commission regarding this case, please submit your recommendation to the case specialist above.

cc:  Miami-Dade County Dept. of Corrections and Rehabilitation                                      P1

**U.S. District Court**
**Southern District of Florida**
**CRIMINAL DOCKET FOR CASE#: 1:23-CR-20483**

**THE UNITED STATES,**

      **Plaintiff,**

**vs.**

**DAVINDRA RAMANA,**

      **Defendant.**

_____/

**ORDER ON UNOPPOSED MOTION FOR CONTINUANCE REPORT RE:**
**COUNSEL HEARING AND ARRAIGNMENT FRIDAY**

THIS CAUSE having come on to be heard upon Defendant's Motion to Continue the Report RE: Counsel and an Arraignment Hearing, and the Court having heard argument of counsel or being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1. Defendant's Motion for Continuance is hereby, _____.

2. The Report RE: Counsel and an Arraignment Hearing in the above-styled case is re-scheduled for _____, day of _____ 2025 at _____ a.m. /p.m.

**DONE AND ORDERED** in Open Court in Dade County, Florida on this _____ day of August 2025.

                                                 **Magistrate Duty Judge**
                                                 **Judge Edwin G. Torres**
                                                 **Southern District of Florida**

cc:    Larry R. Handfield, Esq.
         Abbie Waxman AUSA