# U.S. District Court
## Southern District of Florida
### CRIMINAL DOCKET FOR CASE#: 1:23-cr-20483-RKA

**THE UNITED STATES,**

      **Plaintiff,**

vs.

**DAVINDRA RAMANA**

      **Defendant.**

_____/

## UNOPPOSED MOTION FOR CONTINUANCE RE: COUNSEL HEARING, DETENTION HEARING, AND ARRAIGNMENT

COMES NOW the Defendant, **DAVINDRA RAMANA,** by and through her undersigned counsel, and hereby files Defendant's Motion for Continuance and states as follows:

1. That the above-styled case is currently scheduled for a Report RE: Counsel and an Arraignment on Thursday, **August 14, 2025**.
2. Counsel for the Defendant has a special set hearing in Jacksonville, Florida, on Thursday, August 14, 2025 (Please see attached Notice of Hearing)
3. Undersigned Counsel requests that the August 14, 2025, hearing be reset to Friday, August 15, 2025
4. The Government has been consulted and has no objections to continuing the Report RE: Counsel Hearing, Detention Hearing and the Arraignment.
5. This motion is hereby filed in good faith.

WHEREFORE, the defendant, **DAVINDRA RAMANA**, respectfully moves this Honorable Court to grant her motion.

      electronically with the Clerk of Court via CM/ECF. I also certify that the attached notice was served electronically this day on all counsel of record via Notice of Electronic Filing generated by CM/DCF.

                                           */S/Larry R. Handfield, Esq.*  
                                           By: */s/Larry R. Handfield, Esq.*  
                                           Florida Bar No: 330590  
                                           LARRY R. HANDFIELD, ESQ.,  
                                           4770 Biscayne Boulevard Ste. 1250  
                                           Miami, Florida 33137  
                                           Tel: (305) 576-1011  
                                           Fax: (305) 576-2304

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF to: Abbie Waxman**,** AUSA, U.S. Attorney's Office, 99 NE 4th Street, Miami, FL 33132 on this 12th day of August, 2025.

Respectfully submitted,

*/Larry R. Handfield, Esq./*
**LARRY R. HANDFIELD, ESQ.**
**Florida Bar No.  330590**
4770 Biscayne Boulevard
Suite 1250
Miami, Florida 33137
(305) 576-1011

**U.S. District Court**
**Southern District of Florida**
**CRIMINAL DOCKET FOR CASE#: 1:23-CR-20483**

**THE UNITED STATES,**

      **Plaintiff,**

**vs.**

**DAVINDRA RAMANA,**

      **Defendant.**
_____/

## ORDER ON UNOPPOSED MOTION FOR CONTINUANCE RE: COUNSEL HEARING, DETENTION HEARING, AND ARRAIGNMENT

THIS CAUSE, having come on to be heard upon Defendant's Motion to Continue the Report RE: Counsel, Detention Hearing and an Arraignment Hearing, and the Court having heard argument of counsel or being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1. Defendant's Motion for Continuance is hereby, _____.

2. The Report RE: Counsel, Detention Hearing and an Arraignment Hearing in the above-styled case is re-scheduled for _____, day of _____ 2025 at _____ a.m. /p.m.

**DONE AND ORDERED** in Open Court in Dade County, Florida on this _____ day of August 2025.

_____
**Magistrate Duty Judge**
**Judge Edwin G. Torres**
**Southern District of Florida**

cc: Larry R. Handfield, Esq.
      Abbie Waxman AUSA