# COURT MINUTES

## Magistrate Judge Marty F. Elfenbein

**Atkins Building Courthouse - 5th Floor**     Date: 8/15/25     Time: 10:00 a.m.

---

Defendant: **Davindra Ramanan**     J#: 96091-511     Case #: **23-cr-20483-Altman**

AUSA: **Michael Gilfarb**     Attorney: **David Donet, Jr. (CJA)/Larry Handfield, Temp**

Violation: **Stalking; Discharging a Firearm in Furtherance of a Crime of Violence**

Proceeding: **Report RE: Counsel/Arraignment/Detention Hrg.**     CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond: **Temp Ptd**

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: **English**

**Disposition:**

*Brady order NOT given*  **Larry Handfield, Temp Counsel**

*Defense counsel's ore tenus motion for a continuance of the RRC/Arraignment thru 9/2/25 is granted; time excluded from speedy trial clock*

*The Parties STIP PTD w/right to revisit (no hrg. held), Court sets*

*Time from today to 9/2/25 excluded from Speedy Trial Clock*

---

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

*Report RE Counsel:*    **9/2/25**    **10:00 a.m.**    **Duty/Miami**

PTD/Bond Hearing:

*Arraignment:*    **9/2/25**    **10:00 a.m.**    **Duty/Miami**

Status Conference RE:

D.A.R.  10:20:58     Time in Court: 10 mins