U.S. District Court
Southern District of Florida (Miami)
CRIMINAL DOCKET FOR CASE#: 1:23-CR-20483 RKA All Defendants

THE UNITED STATES,

       Plaintiff,

vs.

Davindra Ramanan,

       Defendant.
_____/

## PERMANENT NOTICE OF APPEARANCE AS COUNSEL OF RECORD FOR TRIAL PURPOSES ONLY

COMES NOW the undersigned attorney, **LARRY R. HANDFIELD, ESQ.**, and hereby files this Notice of Permanent Appearance as Counsel of Record for the Defendant, **DAVINDRA RAMANAN** Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the Defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and the Special Rules of Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the Defendant of the right to appeal; to file a timely Notice of Appeal is requested to do so by the Defendant and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

Dated this 2nd day of September 2025.

Respectfully submitted,

Larry R. Handfield, Esq.
FL Bar No# 330590
Counsel for **DAVINDRA RAMANAN**,
4770 Biscayne Blvd., #1250
Miami, FL 33137
305-576-1011 / Ofc.
By: **/s/Larry R. Handfield, Esq.**
    **Larry R. Handfield, Esq**.

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY on 2nd September 2025, I filed the foregoing acknowledgement electronically with the Clerk of Court via CM/ECF. I also certify the attached notice was served electronically this day on all counsel of record via Notice of Electronic Filing generated by CM/DCF.

By: **/s/Larry R. Handfield, Esq.**
    **Larry R. Handfield, Esq.**