# COURT MINUTES

Page 3

## Magistrate Judge Lauren F. Louis

| Atkins Building Courthouse - 11th Floor | Date: 9/2/2025 | Time: 10:00 a.m. |
|---|---|---|

**Defendant:** Davindra Ramanan  **J#:** 96091-511  **Case #:** 23-CR-20483-ALTMAN

**AUSA:** Tim Farina  **Attorney:** Larry Handfield, Perm

**Violation:** Stalking; Discharging a Firearm in Furtherance of a Crime of Violence; Conspiracy to Use a Firearm in Furtherance of a Crime of Violence

**Proceeding:** Report RE: Counsel & Arraignment  **CJA Appt:**

**Bond/PTD Held:** ☐ Yes ☐ No  **Recommended Bond:**

**Bond Set at:** STIP- Pretrial Detention  **Co-signed by:**

☐ Surrender and/or do not obtain passports/travel docs

**Language:** English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

**Disposition:**

BRADY ORDER NOT GIVEN

*Counsel files permanent appearance via CM/ECF, for trial purposes only*

*\*CJA counsel (David Donet, Jr.'s) ore tenus motion to withdraw is granted*

*\*Defendant Arraigned:*

*Reading of Indictment Waived*

*Not Guilty plea entered*

*Standing Discovery Order requested*

*\*Defendant's ore tenus motion for entry of the Standing Discovery Order is granted*

*\*Brady order given\**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**  Date:  Time:  Judge:  Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:01:06  Time in Court: 8 mins